Nicole C. Hancock, ISB No. 6899
*nicole.hancock@stoel.com*
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Kandi K. Hidde, *pro hac vice*
*khidde@fbtlaw.com*
Darren A. Craig, *pro hac vice*
*dcraig@fbtlaw.com*
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244
Telephone: 317.237.3800
Facsimile: 317.237.3900

Attorneys for Defendants
IEC Group Inc., d/b/a Ameriben

**UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| **MILES BLACK AND MELISSA BLACK**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**IEC GROUP INC., d/b/a AMERIBEN,**<br><br>Defendants. | Case No. 1:23-cv-00384-AKB |

**DEFENDANT IEC GROUP INC., D/B/A AMERIBEN'S**
**MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendant IEC Group Inc., d/b/a Ameriben ("**Ameriben**") in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedures, moves to dismiss the Class Action Complaint filed by Plaintiffs Miles Black and Melissa Black. As explained in detail in the brief Ameriben is filing in support of this motion, all of Plaintiffs' claims fail as a matter of law.

WHEREFORE, Ameriben requests that the Court dismiss Plaintiff's Class Action Complaint, with prejudice, enter judgment in Ameriben's favor and against Plaintiffs, and award Ameriben its costs incurred in defending this action and all other appropriate relief.

DATED: November 6, 2023.

STOEL RIVES LLP

*/s/ Nicole C. Hancock*
Nicole C. Hancock

FROST BROWN TODD LLP

Kandi Kilkelly Hidde, (PHV)
Darren A. Craig, (PHV)

Attorneys for Defendant IEC Group Inc., d/b/a Ameriben

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

| | |
|---|---|
| Bonner C. Walsh | *bonner@walshpllc.com* |
| Marc E. Dann | *notices @dannlaw.com* |
| Brian D. Flick | *notices @dannlaw.com* |
| Marita I. Ramirez | *notices @dannlaw.com* |
| Thomas A. Zimmerman, Jr. | *firm@attorneyzim.com* |

/s/ *Nicole C. Hancock*

Nicole C. Hancock