UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MILES BLACK, individually and on behalf of all others similarly situated, and MELISSA BLACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>IEC GROUP, INC., d/b/a Ameriben,<br><br>    Defendant. | Case No. 1:23-cv-00384-AKB<br><br>**JUDGMENT** |

    In accordance with this Court's August 21, 2025, Memorandum Decision and Order granting Defendant's Motion to Dismiss (Dkt. 41), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in Defendant's favor and that this case is **DISMISSED WITH PREJUDICE**.

DATED: August 21, 2025

*Amanda K. Brailsford*
**Amanda K. Brailsford**
U.S. District Court Judge

JUDGMENT - 1